STEVEN G. KALAR
Federal Public Defender
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Geoffrey_Hansen@fd.org

Counsel for Defendant VIRAMONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-508 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| KRISHNA VIRAMONTES, | |
| Defendants. | |

On November 14, 2017, the Court issued an order denying defendant Krishna Viramontes' motion to suppress. No further status conference is currently set in this matter. Mr. Viramontes' counsel Geoffrey Hansen is currently out of the office on medical leave, but will return shortly. To accommodate Mr. Hansen's schedule and to allow for continuity of defense counsel and for effective preparation of counsel, the parties jointly request that the Court set a status conference in this matter for January 10, 2018 at 2:30 p.m.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from November 14, 2017 to January

10, 2018 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence, as well as continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from November 14, 2017 to January 10, 2018 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

| | |
|---|---|
| November 16, 2017 <br> Date | /s/ <br> KAREN KREUZKAMP <br> Assistant U.S. Attorney |
| November 16, 2017 <br> Date | /s/ <br> JODI LINKER for GEOFFREY HANSEN <br> Attorney for Defendant VIRAMONTES |

IT IS SO ORDERED.

11/17/17
_____
Date

IT IS SO ORDERED
Judge Edward M. Chen