ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7014
     FAX: (415) 436-7234
     Email: Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-508 EMC |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATE |
|   v. | |
| KRISHNA VIRAMONTES, | |
|     Defendant. | |

      The parties appeared before the Court on February 28, 2018 for a change of plea. At the conclusion of that appearance, the Court scheduled sentencing for June 13, 2018 at 2:30 p.m. Counsel for the defendant is not available on that date. Counsel for the parties have conferred with each other and with the United States Probation Officer and jointly request that the Court enter an order vacating the currently scheduled sentencing date of June 13, 2018 and re-setting the sentencing date for August 15, 2018 at 2:30 p.m.

      IT IS SO STIPULATED.

1   DATED: May 14, 2018                             ALEX G. TSE
                                              United States Attorney

2

3                                           /s/
                                   KAREN KREUZKAMP

4                                    Assistant United States Attorney

5

6   DATED: May 14, 2018

7

8                                            /s/
                                   GEOFFREY HANSEN

9                                    Counsel for the Defendant

10

11

12                              **[PROPOSED] ORDER**

13         Good cause appearing, the Court hereby vacates the sentencing date of June 13, 2018.

14   Sentencing will occur on August 15, 2018 at 2:30 p.m.

15         IT IS SO ORDERED.

16

17

18   DATED: _____       May 15, 2018

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATE
Case No. CR 16-508 EMC